Re; Pro-Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DISTRICT OF NEW MEXICO
2015 AUG 18  PM 3: 26

CLERK-LAS CRUCES

UNITED STATES OF AMERICA,

        Plaintiff/ Petitioner-Appellee,        No. 10-CR-101-RB

v.                                 **Motion for Leave to Proceed
on Appeal Without
Prepayment of Costs or Fees**

JONATHAN BROOKS JONES,

        Defendant/ Respondent-Appellant.

        I, Jonathan Jones, the defendant/ appellant in the captioned case move this court for leave to proceed in forma pauperis.

        In support of this motion, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor, I submit the following financial declaration.

# FINANCIAL DECLARATION

## Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the notice of appeal filing fee and docket fees of my appeal or post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none" or "not applicable (N/A)". If additional space is needed to answer my question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are: *The Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (C) (2)*

1. Are you or your spouse currently employed?   Yes _____   No __X__

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:                                          Your Spouse:

Name and Address of Employer                       Name and Address of Employer

_____                     _____
_____                     _____
_____                     _____

   Length of Employment                                 Length of Employment

  _____  _____                                       _____  _____
  Years     Months                                        Years     Months

Monthly Gross Pay  $ _____                  Monthly Gross Pay  $ _____

3. If you are currently employed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of your last employment (Month/ Year) for yourself <u>incarcerated</u>; spouse _____

Monthly gross pay during last month of employment $ _____

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthy rate.

| Did you receive money from any of the following sources during the last 12 months? | | Average monthly amount during past 12 month for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|---|
| | | You | Spouse | You | Spouse |
| Self-Employment | Y/N  <u>N/A</u> | $ _____ | $ _____ | $ _____ | $ _____ |
| Income from real property (such as rental income) | Y/N  <u>N/A</u> | $ _____ | $ _____ | $ _____ | $ _____ |
| Interests and dividends | Y/N  <u>N/A</u> | $ _____ | $ _____ | $ _____ | $ _____ |
| Gifts | (Y)N  <u>N/A</u> | $ *500.00* | $ _____ | $ *500.00* | $ _____ |
| Alimony | Y/N  <u>N/A</u> | $ _____ | $ _____ | $ _____ | $ _____ |
|   Child Support | Y/N  <u>N/A</u> | $ _____ | $ _____ | $ _____ | $ _____ |

Retirement income from sources
such as social security, private
pensions, annuities, or insurance
policies                                    Y/N  N/A___    $ _____   $ _____   $ _____   $ _____

Disability payments such as social
security, other state or federal
government, or insurance
payments                                    Y/N  N/A___    $ _____   $ _____   $ _____   $ _____

Unemployment payments                       Y/N  N/A___    $ _____   $ _____   $ _____   $ _____

Public assistance payments such as
welfare payments                            Y/N  N/A___    $ _____   $ _____   $ _____   $ _____

Other sources of money
(specify: _____ )              Y/N  N/A___    $ _____   $ _____   $ _____   $ _____

TOTAL                                                      $ _____   $ _____   $ _____   $ _____

5. State the amount of cash you and your spouse have: $ _592.00_____

State below any money you or your spouse in savings, checking, or other accounts in a bank or other
financial institution.

State below any money you or your spouse have in savings, checking, or other accounts in a bank or
other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

6. State below assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

**Home**      Address:

_____

_____

Value: $ _____
Amount owed on mortgages and

liens:  $ _____

**Other real estate**    Address:

_____

_____

Value: $ _____
Amount owed on mortgages and

liens:  $ _____

**Motor vehicle**    Model / Year:

_____

Value: $ _____

Amount owed:  $ _____

**Motor vehicle**    Model / Year:

_____

Value: $ _____

Amount owed:  $ _____

**Other**    Description: _____

_____

Value: $ _____

Amount owed:  $ _____

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
| --- | --- | --- |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

8. State the individuals who rely on you and your spouse for support. Indicate your relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with you? |
|------|--------------|-----|---------------------------------|
| _____ | _____ | _____ | Yes _____ No_____ |
| _____ | _____ | _____ | Yes _____ No_____ |
| _____ | _____ | _____ | Yes _____ No_____ |
| _____ | _____ | _____ | Yes _____ No_____ |

9. Complete this question by estimating the average monthly expenses of you and your family. Show separate amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quaterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|--|-----|--------|
| Rent or home mortgage (include lot rented for mobile home) | $_____ | $_____ |

Are real estate taxes included?    Yes _____ No_____ N/A

Is property insurance included?    Yes _____ No_____ N/A

|  | You | Spouse |
|--|-----|--------|
| Utilities:    Electricity and heating fuel | $_____ | $_____ |
| Water and sewer | $_____ | $_____ |
| Telephone | $_____ | $_____ |
| Other _____ | $_____ | $_____ |
| Home maintenance (Repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including car payments) | $_____ | $_____ |

6

Recreation, clubs and entertainment, newspapers, magazines, etc.   $_____   $_____

Charitable contributions   $_____   $_____

Insurance (not deducted from wages or included in home

mortgage payments)   $_____   $_____

    Homeowner's or renter's   $_____   $_____

    Life   $_____   $_____

        Health   $_____   $_____

        Auto   $_____   $_____

        Other _____   $_____   $_____

Taxes (not deducted from wages or included in home mortgate

payments) (specify) _____   $_____

Installment payments

    Auto:   $_____   $_____

    Credit Card: (name) _____   $_____   $_____

    Department Store: (name) _____   $_____   $_____

    Other _____   $_____   $_____

    Other _____   $_____   $_____

Alimony, maintenance, and support paid to others   $_____   $_____

Payments of support of additional dependents not living at your

home   $_____   $_____

Regular expenses from operation of business, profession, or farm

(attach detailed statement)   $_____   $_____

        TOTAL MONTHLY EXPENSES   $_____   $_____

10. Do you expect any major changes to your monthly income or expenses during the next four

months? Yes _____ No_____

If yes, describe.       N/A

11. Have you paid an attorney for services in connection with this case, including the completion of

this form?       Yes ___X___ No_____

If yes, how much?       $ *1,500.00*

If yes, provide the name, address, and telephone number of the attorney:

*Margaret Strickland     165 W. Lucero Ave*

*Las Cruces, N.M. 88005*

*(575) 323-1529*

Have you promised to pay or do you anticipate paying an attorney any money for service in

connection with this case, including completion of this form?       Yes _____ No___X___

If yes, how much? Yes _____ No_____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

12. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another

person) any *money* for services in connection with this case, including the completion of this

form?

Yes _____ No___X___

If yes, how much?   Yes _____   No_____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

13. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a

    paralegal, typing service, or another person) any money for service in connection with this case,

    including the completion of this form?  Yes _____   No___✗_____

If yes, how much?   Yes _____   No_____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

14. How much can you pay each month toward the docket fee for your appeal.

    $ _100.00_  From Commissary Account?

15. Please provide any other information that helps to explain why you are unable to pay the docket

    fees for your appeal.

16. State the address of your legal residence:

Jonathan B. Jones #21422-051

P.O. Box 3000

Anthony, N.M.   88021

Your daytime phone number:

(     )   N/A

Your age: 37

Years of schooling: Post Secondary

Your social security number: 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


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LASW OF THE UNITED STATES

OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. §

1621.

Date: 8-14-15     Signature: Jonathan B. Jones

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 592.51 on account to his
credit at FCI. LA TUNA (name of institution). I further certify that during the past six
months, the applicant's average monthly expenses was $ 492.00. I further certify that during
the past six months the average of monthly deposits to the applicant's account was $ 500.00.


**(Please attach a certified copy of the applicant's trust account statement showing transactions
for the past six months).**


08/14/2015
DATE

SIGNATURE OF AUTHORIZED OFFICER

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 21477051 | Current Institution: | La Tuna FCI |
| Inmate Name: | JONES, JONATHAN | Housing Unit: | LAT-C-A |
| Report Date: | 08/14/2015 | Living Quarters: | C02-236L |
| Report Time: | 12:39:55 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0051 |
| PAC #: | 562424415 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 10/31/2003 |
| Local Account Activation Date: | 1/17/2013 3:23:49 AM |
| Sort Codes: | |
| Last Account Update: | 8/13/2015 4:59:17 PM |
| Account Status: | Active |
| Phone Balance: | $7.80 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $1,000.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll    ✓ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $592.51 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

Federal Correctional Institution
La Tuna, P.O. Box 1000
Anthony, New Mexico/Texas 88021

*(signature)*
(915) 791-9000
EXT. 241

Administrative Hold Balance: $0.00

Available Balance: $592.51

National 6 Months Deposits: $3,124.48

National 6 Months Withdrawals: $2,625.60

Available Funds to be considered for IFRP Payments: $2,674.48

National 6 Months Avg Daily Balance: $454.89

Local Max. Balance - Prev. 30 Days: $1,002.60

Average Balance - Prev. 30 Days: $754.98

## Commissary History

### Purchases

Validation Period Purchases: $347.65

YTD Purchases: $3,527.70

Last Sales Date: 8/13/2015 12:03:12 PM

### SPO Information

SPO's this Month: 0

SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Bi-Weekly Revalidation: No

Spending Limit: $360.00

Expended Spending Limit: $329.65

Remaining Spending Limit: $30.35

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

Federal Correctional Institution
La Tuna, P. O. Box 1000
Anthony

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |

## Comments

**Comments:**

PER DHO

Federal Correctional Institution
La Tuna, P. O. Box 1000
Anthony, New Mexico /Texas 88021

## All Transactions

| Inmate Reg #: | 21477051 | Current Institution: | La Tuna FCI |
|---|---|---|---|
| Inmate Name: | JONES, JONATHAN | Housing Unit: | LAT-C-A |
| Report Date: | 08/14/2015 | Living Quarters: | C02-236L |
| Report Time: | 12:40:07 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 8/13/2015 4:59:17 PM | TRUL Withdrawal | ($5.00) | TL0813 | | $592.51 |
| 8/13/2015 12:03:12 PM | Sales - Fingerprint | ($74.10) | 70 | | $597.51 |
| 8/11/2015 12:22:02 PM | Sales - Fingerprint | ($119.20) | 94 | | $671.61 |
| 8/8/2015 10:24:25 PM | Phone Withdrawal | ($12.00) | TFN0808 | | $790.81 |
| 8/8/2015 6:54:45 PM | TRUL Withdrawal | ($5.00) | TL0808 | | $802.81 |
| 8/7/2015 8:25:08 PM | TRUL Withdrawal | ($5.00) | TL0807 | | $807.81 |
| 8/6/2015 11:00:01 PM | TRUL Withdrawal | ($5.00) | TL0806 | | $812.81 |
| 8/6/2015 6:30:42 AM | Payroll - IPP | $10.56 | PIPP0715 | | $817.81 |
| 8/4/2015 1:28:55 PM | TRUL Withdrawal | ($2.00) | TL0804 | | $807.25 |
| 8/4/2015 12:00:48 PM | Sales - Fingerprint | ($82.80) | 55 | | $809.25 |
| 8/3/2015 8:19:56 PM | TRUL Withdrawal | ($2.00) | TL0803 | | $892.05 |
| 7/31/2015 11:58:43 AM | Sales - Fingerprint | ($6.00) | 49 | | $894.05 |
| 7/30/2015 8:19:47 PM | Phone Withdrawal | ($5.00) | TFN0730 | | $900.05 |
| 7/30/2015 6:53:58 PM | TRUL Withdrawal | ($5.00) | TL0730 | | $905.05 |
| 7/29/2015 5:32:16 PM | TRUL Withdrawal | ($10.00) | TL0729 | | $910.05 |
| 7/28/2015 11:52:37 AM | Sales - Fingerprint | ($10.00) | 58 | | $920.05 |
| 7/28/2015 11:49:24 AM | Sales - Fingerprint | ($55.55) | 56 | | $930.05 |
| 7/28/2015 11:11:06 AM | TRUL Withdrawal | ($5.00) | TL0728 | | $985.60 |
| 7/26/2015 10:20:30 PM | Phone Withdrawal | ($10.00) | TFN0726 | | $990.60 |
| 7/26/2015 8:21:37 PM | TRUL Withdrawal | ($2.00) | TL0726 | | $1,000.60 |
| 7/26/2015 5:01:34 AM | Pre-Release Transaction | $0.00 | 70188402 | | |
| 7/26/2015 5:01:34 AM | Lockbox - CD | $500.00 | 70188402 | | $1,002.60 |
| 7/25/2015 2:14:53 PM | TRUL Withdrawal | ($2.00) | TL0725 | | $502.60 |
| 7/25/2015 2:14:33 PM | Trugram | ($74.95) | TG0725 | | $504.60 |
| 7/24/2015 7:02:02 PM | TRUL Withdrawal | ($5.00) | TL0724 | | $579.55 |
| 7/24/2015 9:50:55 AM | TRUL Withdrawal | ($5.00) | TL0724 | | $584.55 |
| 7/22/2015 6:57:44 AM | TRUL Withdrawal | ($5.00) | TL0722 | | $589.55 |
| 7/21/2015 12:27:01 PM | TRUL Withdrawal | ($10.00) | TL0721 | | $594.55 |
| 7/21/2015 11:56:20 AM | Sales - Fingerprint | ($35.60) | 83 | | $604.55 |
| 7/19/2015 6:44:23 PM | Phone Withdrawal | ($3.00) | TFN0719 | | $640.15 |
| 7/16/2015 5:12:12 PM | TRUL Withdrawal | ($5.00) | TL0716 | | $643.15 |
| 7/15/2015 10:46:49 PM | TRUL Withdrawal | ($5.00) | TL0715 | | $648.15 |
| 7/15/2015 12:15:55 PM | Sales - Fingerprint | ($51.85) | 70 | | $653.15 |
| 7/13/2015 10:21:57 PM | Phone Withdrawal | ($9.00) | TFN0713 | | $705.00 |
| 7/12/2015 11:57:19 AM | TRUL Withdrawal | ($10.00) | TL0712 | | $714.00 |
| 7/11/2015 5:00:36 AM | Pre-Release Transaction | $0.00 | 70187401 | | |
| 7/11/2015 5:00:36 AM | Lockbox - CD | $600.00 | 70187401 | | $724.00 |
| 7/10/2015 10:25:59 PM | TRUL Withdrawal | ($5.00) | TL0710 | | $124.00 |
| 7/9/2015 2:45:32 PM | Payroll - IPP | $2.16 | PIPP0615 | | $129.00 |
| 7/8/2015 5:02:19 PM | TRUL Withdrawal | ($5.00) | TL0708 | | $126.84 |
| 7/7/2015 6:27:30 AM | Sales - Fingerprint | ($48.20) | 1 | | $131.84 |
| 7/6/2015 10:11:50 PM | Phone Withdrawal | ($8.00) | TFN0706 | | $180.04 |
| 7/3/2015 8:27:37 PM | TRUL Withdrawal | ($2.00) | TL0703 | | $188.04 |
| 6/30/2015 7:38:31 PM | TRUL Withdrawal | ($2.00) | TL0630 | | $190.04 |
| 6/30/2015 3:19:31 PM | TRUL Withdrawal | ($2.00) | TL0630 | | $192.04 |
| 6/29/2015 2:42:02 PM | TRUL Withdrawal | ($2.00) | TL0629 | | $194.04 |
| 6/29/2015 12:05:26 PM | Sales - Fingerprint | ($6.00) | 70 | | $196.04 |
| 6/29/2015 6:41:10 AM | Sales - Fingerprint | ($73.85) | 6 | | $202.04 |
| 6/26/2015 10:15:29 PM | Phone Withdrawal | ($5.00) | TFN0626 | | $275.89 |
| 6/26/2015 9:49:49 PM | TRUL Withdrawal | ($2.00) | TL0626 | | $280.89 |

1 2 3 4 5 6 7

Federal Correctional Institution
La Tuna, P. O. Box 1000
Anthony, New Mexico /Texas

# All Transactions

| Inmate Reg #: | 21477051 | Current Institution: | La Tuna FCI |
| Inmate Name: | JONES, JONATHAN | Housing Unit: | LAT-C-A |
| Report Date: | 08/14/2015 | Living Quarters: | C02-236L |
| Report Time: | 12:40:26 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/25/2015 10:06:23 PM | TRUL Withdrawal | ($5.00) | TL0625 | | $282.89 |
| 6/24/2015 12:37:33 PM | Sales - Fingerprint | ($12.60) | 59 | | $287.89 |
| 6/22/2015 6:35:13 AM | Sales - Fingerprint | ($80.65) | 8 | | $300.49 |
| 6/21/2015 10:19:12 PM | TRUL Withdrawal | ($5.00) | TL0621 | | $381.14 |
| 6/20/2015 12:05:01 PM | TRUL Withdrawal | ($5.00) | TL0620 | | $386.14 |
| 6/19/2015 3:06:26 PM | TRUL Withdrawal | ($5.00) | TL0619 | | $391.14 |
| 6/17/2015 6:09:29 AM | TRUL Withdrawal | ($5.00) | TL0617 | | $396.14 |
| 6/15/2015 5:59:12 PM | TRUL Withdrawal | ($2.00) | TL0615 | | $401.14 |
| 6/15/2015 6:24:24 AM | Sales - Fingerprint | ($65.70) | 1 | | $403.14 |
| 6/13/2015 7:51:39 PM | TRUL Withdrawal | ($5.00) | TL0613 | | $468.84 |
| 6/12/2015 10:25:45 PM | TRUL Withdrawal | ($5.00) | TL0612 | | $473.84 |
| 6/11/2015 6:14:10 PM | TRUL Withdrawal | ($2.00) | TL0611 | | $478.84 |
| 6/9/2015 10:17:48 PM | Phone Withdrawal | ($8.00) | TFN0609 | | $480.84 |
| 6/9/2015 2:45:34 PM | Payroll - IPP | $2.16 | PIPP0515 | | $488.84 |
| 6/8/2015 11:45:38 AM | Sales - Fingerprint | ($4.70) | 55 | | $486.68 |
| 6/8/2015 6:24:16 AM | Sales - Fingerprint | ($104.50) | 3 | | $491.38 |
| 6/6/2015 5:53:36 PM | TRUL Withdrawal | ($5.00) | TL0606 | | $595.88 |
| 6/2/2015 10:20:10 PM | Phone Withdrawal | ($8.00) | TFN0602 | | $600.88 |
| 6/2/2015 7:15:08 PM | TRUL Withdrawal | ($5.00) | TL0602 | | $608.88 |
| 6/1/2015 6:36:40 AM | Sales - Fingerprint | ($86.50) | 4 | | $613.88 |
| 6/1/2015 5:01:20 AM | Pre-Release Transaction | $0.00 | 70184403 | | |
| 6/1/2015 5:01:20 AM | Lockbox - CD | $500.00 | 70184403 | | $700.38 |
| 5/30/2015 6:45:09 PM | TRUL Withdrawal | ($5.00) | TL0530 | | $200.38 |
| 5/28/2015 10:18:09 AM | TRUL Withdrawal | ($5.00) | TL0528 | | $205.38 |
| 5/27/2015 3:23:35 PM | TRUL Withdrawal | ($5.00) | TL0527 | | $210.38 |
| 5/27/2015 6:38:48 AM | Sales - Fingerprint | ($116.25) | 23 | | $215.38 |
| 5/25/2015 6:06:36 AM | TRUL Withdrawal | ($5.00) | TL0525 | | $331.63 |
| 5/24/2015 10:06:31 PM | TRUL Withdrawal | ($2.00) | TL0524 | | $336.63 |
| 5/24/2015 5:21:56 PM | TRUL Withdrawal | ($2.00) | TL0524 | | $338.63 |
| 5/22/2015 6:46:43 PM | Phone Withdrawal | ($8.00) | TFN0522 | | $340.63 |
| 5/20/2015 6:16:22 PM | TRUL Withdrawal | ($5.00) | TL0520 | | $348.63 |
| 5/20/2015 12:38:36 PM | Sales - Fingerprint | ($2.00) | 91 | | $353.63 |
| 5/19/2015 10:59:43 PM | TRUL Withdrawal | ($5.00) | TL0519 | | $355.63 |
| 5/18/2015 11:37:42 AM | TRUL Withdrawal | ($5.00) | TL0518 | | $360.63 |
| 5/14/2015 3:29:26 PM | TRUL Withdrawal | ($5.00) | TL0514 | | $365.63 |
| 5/13/2015 6:11:01 AM | TRUL Withdrawal | ($5.00) | TL0513 | | $370.63 |
| 5/11/2015 10:03:32 PM | TRUL Withdrawal | ($5.00) | TL0511 | | $375.63 |
| 5/11/2015 9:54:28 PM | Phone Withdrawal | ($9.00) | TFN0511 | | $380.63 |
| 5/11/2015 6:37:23 AM | Sales - Fingerprint | ($185.35) | 7 | | $389.63 |
| 5/11/2015 6:37:23 AM | SPO - Released | $59.80 | 1340 | | |
| 5/10/2015 10:57:43 AM | TRUL Withdrawal | ($2.00) | TL0510 | | $574.98 |
| 5/8/2015 1:00:29 PM | Payroll - IPP | $2.16 | PIPP0415 | | $576.98 |
| 5/7/2015 10:45:36 PM | TRUL Withdrawal | ($5.00) | TL0507 | | $574.82 |
| 5/7/2015 10:06:36 AM | TRUL Withdrawal | ($2.00) | TL0507 | | $579.82 |
| 5/4/2015 11:12:59 AM | TRUL Withdrawal | ($5.00) | TL0504 | | $581.82 |
| 5/4/2015 6:49:02 AM | Sales - Fingerprint | ($8.05) | 17 | | $586.82 |
| 5/4/2015 6:44:12 AM | Sales - Fingerprint | ($0.90) | 14 | | $594.87 |
| 5/4/2015 6:42:43 AM | Sales - Fingerprint | ($75.00) | 13 | | $595.77 |
| 5/2/2015 10:25:03 PM | Phone Withdrawal | ($12.00) | TFN0502 | | $670.77 |
| 5/1/2015 1:50:14 PM | TRUL Withdrawal | ($10.00) | TL0501 | | $682.77 |

1 2 3 4 5 6 7

Federal Correctional Institution
La Tuna, P. O. Box 1000
Anthony, New Mexico/Texas 88021

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 21477051 |
| Inmate Name: | JONES, JONATHAN |
| Report Date: | 08/14/2015 |
| Report Time: | 12:40:34 PM |

| | |
|---|---|
| Current Institution: | La Tuna FCI |
| Housing Unit: | LAT-C-A |
| Living Quarters: | C02-236L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 5/1/2015 10:58:08 AM | SPO | ($59.80) | 1340 | | |
| 4/30/2015 12:03:15 PM | Sales - Fingerprint | ($20.00) | 34 | | $692.77 |
| 4/27/2015 6:27:34 AM | Sales - Fingerprint | ($87.65) | 6 | | $712.77 |
| 4/26/2015 6:08:51 PM | Phone Withdrawal | ($10.00) | TFN0426 | | $800.42 |
| 4/25/2015 10:19:58 PM | TRUL Withdrawal | ($10.00) | TL0425 | | $810.42 |
| 4/23/2015 7:45:33 PM | TRUL Withdrawal | ($10.00) | TL0423 | | $820.42 |
| 4/22/2015 7:06:00 PM | Phone Withdrawal | ($9.00) | TFN0422 | | $830.42 |
| 4/22/2015 6:59:44 AM | TRUL Withdrawal | ($5.00) | TL0422 | | $839.42 |
| 4/22/2015 5:00:41 AM | Pre-Release Transaction | $0.00 | 70181601 | | |
| 4/22/2015 5:00:41 AM | Lockbox - CD | $500.00 | 70181601 | | $844.42 |
| 4/21/2015 3:28:41 PM | TRUL Withdrawal | ($5.00) | TL0421 | | $344.42 |
| 4/20/2015 8:28:06 PM | TRUL Withdrawal | ($5.00) | TL0420 | | $349.42 |
| 4/20/2015 6:32:59 AM | Sales - Fingerprint | ($32.40) | 9 | | $354.42 |
| 4/17/2015 8:05:07 PM | Phone Withdrawal | ($9.00) | TFN0417 | | $386.82 |
| 4/17/2015 9:51:47 AM | TRUL Withdrawal | ($5.00) | TL0417 | | $395.82 |
| 4/15/2015 8:19:28 PM | Phone Withdrawal | ($7.00) | TFN0415 | | $400.82 |
| 4/15/2015 5:01:21 PM | TRUL Withdrawal | ($10.00) | TL0415 | | $407.82 |
| 4/13/2015 6:47:42 AM | Sales - Fingerprint | ($4.25) | 17 | | $417.82 |
| 4/13/2015 6:45:30 AM | Sales - Fingerprint | ($78.75) | 16 | | $422.07 |
| 4/12/2015 6:47:20 PM | Phone Withdrawal | ($6.00) | TFN0412 | | $500.82 |
| 4/11/2015 10:46:21 PM | TRUL Withdrawal | ($5.00) | TL0411 | | $506.82 |
| 4/10/2015 5:56:23 PM | TRUL Withdrawal | ($5.00) | TL0410 | | $511.82 |
| 4/10/2015 1:49:26 PM | Payroll - IPP | $2.16 | PIPP0315 | | $516.82 |
| 4/7/2015 7:24:40 PM | TRUL Withdrawal | ($10.00) | TL0407 | | $514.66 |
| 4/7/2015 5:15:31 PM | TRUL Withdrawal | ($5.00) | TL0407 | | $524.66 |
| 4/4/2015 6:16:14 PM | TRUL Withdrawal | ($5.00) | TL0404 | | $529.66 |
| 4/3/2015 6:45:22 AM | Sales - Fingerprint | ($28.75) | 22 | | $534.66 |
| 4/1/2015 6:06:57 PM | Trugram | ($104.95) | TG0401 | | $563.41 |
| 3/28/2015 10:55:14 PM | TRUL Withdrawal | ($10.00) | TL0328 | | $668.36 |
| 3/28/2015 11:25:27 AM | TRUL Withdrawal | ($5.00) | TL0328 | | $678.36 |
| 3/27/2015 5:07:34 PM | TRUL Withdrawal | ($2.00) | TL0327 | | $683.36 |
| 3/26/2015 7:56:37 PM | TRUL Withdrawal | ($5.00) | TL0326 | | $685.36 |
| 3/25/2015 5:01:14 AM | Pre-Release Transaction | $0.00 | 70179701 | | |
| 3/25/2015 5:01:14 AM | Lockbox - CD | $500.00 | 70179701 | | $690.36 |
| 3/24/2015 5:00:37 PM | TRUL Withdrawal | ($10.00) | TL0324 | | $190.36 |
| 3/21/2015 6:11:09 PM | TRUL Withdrawal | ($10.00) | TL0321 | | $200.36 |
| 3/17/2015 10:16:40 PM | TRUL Withdrawal | ($10.00) | TL0317 | | $210.36 |
| 3/17/2015 2:05:32 PM | TRUL Withdrawal | ($5.00) | TL0317 | | $220.36 |
| 3/16/2015 6:37:02 AM | Sales - Fingerprint | $0.00 | 8 | | $225.36 |
| 3/16/2015 6:36:00 AM | Sales - Fingerprint | ($5.10) | 7 | | $225.36 |
| 3/15/2015 11:12:09 AM | TRUL Withdrawal | ($5.00) | TL0315 | | $230.46 |
| 3/13/2015 10:37:18 PM | TRUL Withdrawal | ($5.00) | TL0313 | | $235.46 |
| 3/12/2015 2:35:40 PM | Phone Withdrawal | ($6.00) | TFN0312 | | $240.46 |
| 3/12/2015 12:20:10 PM | Sales - Fingerprint | ($88.75) | 94 | | $246.46 |
| 3/12/2015 10:05:01 AM | Phone Withdrawal | ($4.00) | TFN0312 | | $335.21 |
| 3/11/2015 7:21:14 PM | Phone Withdrawal | ($2.00) | TFN0311 | | $339.21 |
| 3/10/2015 9:48:44 AM | Payroll - IPP | $5.28 | PIPP0215 | | $341.21 |
| 3/9/2015 8:13:47 PM | Phone Withdrawal | ($5.00) | TFN0309 | | $335.93 |
| 3/7/2015 10:04:44 PM | TRUL Withdrawal | ($10.00) | TL0307 | | $340.93 |
| 3/6/2015 6:53:12 PM | Phone Withdrawal | ($8.00) | TFN0306 | | $350.93 |

1 2 3 4 5 6 7

Federal Correctional Institution
La Tuna, P. O. Box 1000
Anthony ...

# All Transactions

| Inmate Reg #: | 21477051 | Current Institution: | La Tuna FCI |
| Inmate Name: | JONES, JONATHAN | Housing Unit: | LAT-C-A |
| Report Date: | 08/14/2015 | Living Quarters: | C02-236L |
| Report Time: | 12:40:41 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 3/6/2015 11:58:34 AM | Sales - Fingerprint | ($106.20) | 35 | | $358.93 |
| 3/5/2015 3:04:35 PM | TRUL Withdrawal | ($5.00) | TL0305 | | $465.13 |
| 3/3/2015 9:58:28 PM | TRUL Withdrawal | ($5.00) | TL0303 | | $470.13 |
| 3/1/2015 2:19:33 PM | Phone Withdrawal | ($8.00) | TFN0301 | | $475.13 |
| 2/28/2015 8:15:32 PM | TRUL Withdrawal | ($10.00) | TL0228 | | $483.13 |
| 2/28/2015 4:42:00 PM | TRUL Withdrawal | ($10.00) | TL0228 | | $493.13 |
| 2/28/2015 5:00:39 AM | Pre-Release Transaction | $0.00 | 70178001 | | |
| 2/28/2015 5:00:39 AM | Lockbox - CD | $500.00 | 70178001 | | $503.13 |
| 2/27/2015 5:05:00 PM | TRUL Withdrawal | ($2.00) | TL0227 | | $3.13 |
| 2/27/2015 6:39:30 AM | Sales - Fingerprint | ($30.00) | 26 | | $5.13 |
| 2/26/2015 8:05:55 PM | Phone Withdrawal | ($3.00) | TFN0226 | | $35.13 |
| 2/22/2015 2:57:30 PM | TRUL Withdrawal | ($2.00) | TL0222 | | $38.13 |
| 2/22/2015 1:26:36 PM | Phone Withdrawal | ($8.00) | TFN0222 | | $40.13 |
| 2/21/2015 6:20:28 PM | TRUL Withdrawal | ($2.00) | TL0221 | | $48.13 |
| 2/19/2015 5:35:16 PM | TRUL Withdrawal | ($5.00) | TL0219 | | $50.13 |
| 2/18/2015 5:07:25 PM | TRUL Withdrawal | ($5.00) | TL0218 | | $55.13 |
| 2/17/2015 12:29:00 PM | Sales - Fingerprint | ($23.50) | 92 | | $60.13 |
| 2/15/2015 12:41:05 PM | TRUL Withdrawal | ($5.00) | TL0215 | | $83.63 |
| 2/14/2015 5:23:05 PM | TRUL Withdrawal | ($5.00) | TL0214 | | $88.63 |
| 2/13/2015 5:54:05 PM | Trugram | ($54.95) | TG0213 | | $93.63 |
| 2/13/2015 6:46:50 AM | Sales - Fingerprint | ($47.50) | 31 | | $148.58 |
| 2/12/2015 12:04:28 PM | Sales - Fingerprint | ($52.00) | 110 | | $196.08 |
| 2/12/2015 12:04:28 PM | SPO - Released | $52.00 | 792 | | |
| 2/11/2015 7:59:17 AM | Payroll - DAP | $40.00 | PDAP0115 | | $248.08 |
| 2/11/2015 7:59:14 AM | Payroll - IPP | $5.28 | PIPP0115 | | $208.08 |
| 2/9/2015 5:19:41 PM | TRUL Withdrawal | ($10.00) | TL0209 | | $202.80 |
| 2/8/2015 1:09:36 PM | Phone Withdrawal | ($6.00) | TFN0208 | | $212.80 |
| 2/6/2015 6:30:38 AM | Sales - Fingerprint | ($48.30) | 14 | | $218.80 |
| 2/4/2015 7:45:34 PM | Phone Withdrawal | ($8.00) | TFN0204 | | $267.10 |
| 2/2/2015 1:02:18 PM | SPO | ($52.00) | 792 | | |
| 1/30/2015 6:43:26 PM | TRUL Withdrawal | ($10.00) | TL0130 | | $275.10 |
| 1/30/2015 2:14:33 PM | TRUL Withdrawal | ($10.00) | TL0130 | | $285.10 |
| 1/30/2015 6:33:03 AM | Sales - Fingerprint | ($65.25) | 17 | | $295.10 |
| 1/29/2015 6:29:16 PM | TRUL Withdrawal | ($10.00) | TL0129 | | $360.35 |
| 1/28/2015 6:31:12 PM | Phone Withdrawal | ($8.00) | TFN0128 | | $370.35 |
| 1/25/2015 12:51:34 PM | Phone Withdrawal | ($5.00) | TFN0125 | | $378.35 |
| 1/25/2015 11:07:02 AM | TRUL Withdrawal | ($15.00) | TL0125 | | $383.35 |
| 1/23/2015 6:44:37 AM | Sales - Fingerprint | ($78.70) | 11 | | $398.35 |
| 1/21/2015 12:53:45 PM | TRUL Withdrawal | ($30.00) | TL0121 | | $477.05 |
| 1/21/2015 11:34:13 AM | Pre-Release Transaction | $0.00 | 70175301 | | |
| 1/21/2015 11:34:13 AM | Lockbox - CD | $500.00 | 70175301 | | $507.05 |
| 1/20/2015 8:05:01 PM | TRUL Withdrawal | ($5.00) | TL0120 | | $7.05 |
| 1/18/2015 6:36:54 PM | TRUL Withdrawal | ($2.00) | TL0118 | | $12.05 |
| 1/17/2015 11:47:08 AM | TRUL Withdrawal | ($2.00) | TL0117 | | $14.05 |
| 1/16/2015 5:53:16 PM | TRUL Withdrawal | ($5.00) | TL0116 | | $16.05 |
| 1/16/2015 7:06:58 AM | Sales - Fingerprint | ($58.95) | 29 | | $21.05 |
| 1/13/2015 10:04:54 PM | TRUL Withdrawal | ($5.00) | TL0113 | | $80.00 |
| 1/12/2015 10:55:12 PM | TRUL Withdrawal | ($5.00) | TL0112 | | $85.00 |
| 1/11/2015 5:01:09 PM | Phone Withdrawal | ($5.00) | TFN0111 | | $90.00 |
| 1/10/2015 7:53:55 PM | TRUL Withdrawal | ($5.00) | TL0110 | | $95.00 |

1 2 3 4 5 6 7

Federal Correctional Institution
La Tuna, P. O.
Anthony,

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 21477051 | Current Institution: | La Tuna FCI |
| Inmate Name: | JONES, JONATHAN | Housing Unit: | LA1-C-A |
| Report Date: | 08/14/2015 | Living Quarters: | C02-236L |
| Report Time: | 12:40:47 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/10/2015 6:23:59 PM | Phone Withdrawal | ($2.00) | TFN0110 | | $100.00 |
| 1/9/2015 8:11:58 PM | TRUL Withdrawal | ($2.00) | TL0109 | | $102.00 |
| 1/9/2015 4:30:34 PM | Payroll - IPP | $2.16 | PIPP1214 | | $104.00 |
| 1/9/2015 1:30:54 PM | TRUL Withdrawal | ($5.00) | TL0109 | | $101.84 |
| 1/9/2015 11:46:50 AM | Sales - Fingerprint | ($113.40) | 89 | | $106.84 |
| 1/8/2015 6:42:00 AM | TRUL Withdrawal | ($10.00) | TL0108 | | $220.24 |
| 1/5/2015 10:27:02 PM | Phone Withdrawal | ($5.00) | TFN0105 | | $230.24 |
| 1/3/2015 10:24:57 PM | TRUL Withdrawal | ($5.00) | TL0103 | | $235.24 |
| 1/2/2015 6:43:03 AM | Sales - Fingerprint | ($97.60) | 29 | | $240.24 |
| 12/31/2014 10:16:10 PM | TRUL Withdrawal | ($5.00) | TL1231 | | $337.84 |
| 12/31/2014 7:20:19 PM | TRUL Withdrawal | ($5.00) | TL1231 | | $342.84 |
| 12/31/2014 6:12:11 PM | Phone Withdrawal | ($8.00) | TFN1231 | | $347.84 |
| 12/27/2014 6:04:39 PM | TRUL Withdrawal | ($5.00) | TL1227 | | $355.84 |
| 12/26/2014 7:46:59 PM | Phone Withdrawal | ($10.00) | TFN1226 | | $360.84 |
| 12/24/2014 3:07:05 PM | TRUL Withdrawal | ($10.00) | TL1224 | | $370.84 |
| 12/24/2014 11:59:23 AM | Sales - Fingerprint | ($104.20) | 113 | | $380.84 |
| 12/23/2014 9:55:09 PM | Phone Withdrawal | ($8.00) | TFN1223 | | $485.04 |
| 12/22/2014 2:22:00 PM | TRUL Withdrawal | ($5.00) | TL1222 | | $493.04 |
| 12/22/2014 2:20:26 PM | Trugram | ($104.95) | TG1222 | | $498.04 |
| 12/22/2014 5:00:15 AM | Pre-Release Transaction | $0.00 | 70173503 | | |
| 12/22/2014 5:00:15 AM | Lockbox - CD | $500.00 | 70173503 | | $602.99 |
| 12/20/2014 5:45:37 PM | TRUL Withdrawal | ($5.00) | TL1220 | | $102.99 |
| 12/19/2014 5:58:59 PM | TRUL Withdrawal | ($5.00) | TL1219 | | $107.99 |
| 12/18/2014 3:18:03 PM | TRUL Withdrawal | ($5.00) | TL1218 | | $112.99 |
| 12/18/2014 6:45:13 AM | Sales - Fingerprint | ($13.00) | 26 | | $117.99 |
| 12/17/2014 3:12:54 PM | TRUL Withdrawal | ($5.00) | TL1217 | | $130.99 |
| 12/16/2014 6:23:14 PM | TRUL Withdrawal | ($5.00) | TL1216 | | $135.99 |
| 12/15/2014 10:44:08 AM | Phone Withdrawal | ($8.00) | TFN1215 | | $140.99 |
| 12/14/2014 12:47:41 PM | Phone Withdrawal | ($5.00) | TFN1214 | | $148.99 |
| 12/12/2014 9:49:41 PM | TRUL Withdrawal | ($5.00) | TL1212 | | $153.99 |
| 12/12/2014 6:39:09 AM | Sales - Fingerprint | ($61.95) | 20 | | $158.99 |
| 12/11/2014 6:33:58 PM | TRUL Withdrawal | ($5.00) | TL1211 | | $220.94 |
| 12/10/2014 2:32:00 PM | TRUL Withdrawal | ($5.00) | TL1210 | | $225.94 |
| 12/10/2014 10:43:05 AM | Phone Withdrawal | ($7.00) | TFN1210 | | $230.94 |
| 12/8/2014 11:17:23 AM | Payroll - IPP | $5.28 | PIPP1114 | | $237.94 |
| 12/6/2014 3:00:34 PM | TRUL Withdrawal | ($5.00) | TL1206 | | $232.66 |
| 12/4/2014 6:43:55 AM | Sales - Fingerprint | ($103.25) | 23 | | $237.66 |
| 12/3/2014 10:45:26 PM | TRUL Withdrawal | ($10.00) | TL1203 | | $340.91 |
| 12/3/2014 5:44:33 PM | Phone Withdrawal | ($10.00) | TFN1203 | | $350.91 |
| 12/3/2014 11:17:52 AM | TRUL Withdrawal | ($5.00) | TL1203 | | $360.91 |
| 11/28/2014 12:13:57 PM | Sales - Fingerprint | ($114.55) | 112 | | $365.91 |
| 11/28/2014 9:27:23 AM | Phone Withdrawal | ($10.00) | TFN1128 | | $480.46 |
| 11/27/2014 10:22:46 PM | TRUL Withdrawal | ($5.00) | TL1127 | | $490.46 |
| 11/26/2014 5:54:25 PM | TRUL Withdrawal | ($5.00) | TL1126 | | $495.46 |
| 11/24/2014 6:41:57 AM | Sales - Fingerprint | ($73.85) | 28 | | $500.46 |
| 11/24/2014 6:41:57 AM | SPO - Released | $73.85 | 313 | | |
| 11/23/2014 5:54:03 PM | Phone Withdrawal | ($10.00) | TFN1123 | | $574.31 |
| 11/23/2014 1:31:08 PM | TRUL Withdrawal | ($10.00) | TL1123 | | $584.31 |
| 11/23/2014 5:01:15 AM | Pre-Release Transaction | $0.00 | 70171702 | | |
| 11/23/2014 5:01:15 AM | Lockbox - CD | $500.00 | 70171702 | | $594.31 |

1 2 3 4 5 6 7

Federal Correctional Institution
La Tuna, P. O. Box 3000

# All Transactions

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 21477051 | **Current Institution:** | La Tuna FCI | |
| **Inmate Name:** | JONES, JONATHAN | **Housing Unit:** | LAT-C-A | |
| **Report Date:** | 08/14/2015 | **Living Quarters:** | C02-236L | |
| **Report Time:** | 12:40:53 PM | | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 11/22/2014 6:19:42 PM | Phone Withdrawal | ($3.00) | TFN1122 | | $94.31 |
| 11/21/2014 4:56:12 PM | Phone Withdrawal | ($3.00) | TFN1121 | | $97.31 |
| 11/20/2014 10:43:51 PM | TRUL Withdrawal | ($5.00) | TL1120 | | $100.31 |
| 11/20/2014 6:51:11 AM | Sales - Fingerprint | ($14.35) | 23 | | $105.31 |
| 11/17/2014 10:11:10 PM | Phone Withdrawal | ($3.00) | TFN1117 | | $119.66 |
| 11/17/2014 7:01:55 AM | TRUL Withdrawal | ($5.00) | TL1117 | | $122.66 |
| 11/17/2014 7:01:42 AM | Pre-Release Transaction | $50.00 | TL112014 | | |
| 11/16/2014 6:09:51 PM | Phone Withdrawal | ($5.00) | TFN1116 | | $127.66 |
| 11/16/2014 1:35:20 PM | TRUL Withdrawal | ($2.00) | TL1116 | | $132.66 |
| 11/14/2014 6:56:09 AM | Sales - Fingerprint | ($5.50) | 36 | | $134.66 |
| 11/14/2014 6:54:59 AM | Sales - Fingerprint | ($49.50) | 35 | | $140.16 |
| 11/13/2014 6:56:03 AM | TRUL Withdrawal | ($5.00) | TL1113 | | $189.66 |
| 11/12/2014 5:51:33 PM | Pre-Release Transaction | $50.00 | TL112014 | | |
| 11/10/2014 5:57:41 PM | TRUL Withdrawal | ($5.00) | TL1110 | | $194.66 |
| 11/10/2014 3:14:31 PM | Payroll - IPP | $5.28 | PIPP1014 | | $199.66 |
| 11/9/2014 6:39:35 PM | Phone Withdrawal | ($7.00) | TFN1109 | | $194.38 |
| 11/7/2014 8:17:30 AM | SPO | ($73.85) | 313 | | |
| 11/6/2014 7:28:02 PM | Phone Withdrawal | ($6.00) | TFN1106 | | $201.38 |
| 11/6/2014 12:09:44 PM | Sales - Fingerprint | ($108.10) | 79 | | $207.38 |
| 11/5/2014 2:49:13 PM | TRUL Withdrawal | ($10.00) | TL1105 | | $315.48 |
| 11/3/2014 11:08:01 AM | Pre-Release Transaction | $100.00 | TL112014 | | |
| 11/2/2014 6:51:41 PM | TRUL Withdrawal | ($5.00) | TL1102 | | $325.48 |
| 11/2/2014 6:20:10 PM | Phone Withdrawal | ($11.00) | TFN1102 | | $330.48 |
| 10/31/2014 7:08:54 PM | TRUL Withdrawal | ($2.00) | TL1031 | | $341.48 |
| 10/31/2014 5:33:04 PM | TRUL Withdrawal | ($5.00) | TL1031 | | $343.48 |
| 10/30/2014 11:52:56 AM | Sales - Fingerprint | ($105.30) | 69 | | $348.48 |
| 10/30/2014 10:45:53 AM | Trugram | ($91.95) | TG1030 | | $453.78 |
| 10/30/2014 10:44:55 AM | Pre-Release Transaction | $100.00 | TL102014 | | |
| 10/29/2014 6:48:28 PM | TRUL Withdrawal | ($5.00) | TL1029 | | $545.73 |
| 10/28/2014 8:11:30 PM | TRUL Withdrawal | ($5.00) | TL1028 | | $550.73 |
| 10/27/2014 7:09:14 AM | TRUL Withdrawal | ($10.00) | TL1027 | | $555.73 |
| 10/26/2014 5:54:18 PM | TRUL Withdrawal | ($5.00) | TL1026 | | $565.73 |
| 10/25/2014 10:37:50 PM | Pre-Release Transaction | ($210.00) | TL102014 | | |
| 10/25/2014 10:15:08 PM | Phone Withdrawal | ($12.00) | TFN1025 | | $570.73 |
| 10/25/2014 6:27:49 PM | TRUL Withdrawal | ($10.00) | TL1025 | | $582.73 |
| 10/24/2014 5:11:59 PM | TRUL Withdrawal | ($10.00) | TL1024 | | $592.73 |
| 10/24/2014 5:00:59 AM | Pre-Release Transaction | $0.00 | 70169701 | | |
| 10/24/2014 5:00:59 AM | Lockbox - CD | $500.00 | 70169701 | | $602.73 |
| 10/23/2014 5:10:26 PM | TRUL Withdrawal | ($5.00) | TL1023 | | $102.73 |
| 10/23/2014 5:10:08 PM | Trugram | ($94.95) | TG1023 | | $107.73 |
| 10/23/2014 5:09:39 PM | Pre-Release Transaction | $95.00 | TL102014 | | |
| 10/23/2014 6:51:47 AM | Sales - Fingerprint | ($91.70) | 33 | | $202.68 |
| 10/22/2014 12:55:58 PM | Pre-Release Transaction | $100.00 | TL102014 | | |
| 10/22/2014 12:55:12 PM | TRUL Withdrawal | ($10.00) | TL1022 | | $294.38 |
| 10/22/2014 11:27:23 AM | TRUL Withdrawal | ($5.00) | TL1022 | | $304.38 |
| 10/21/2014 5:50:09 PM | TRUL Withdrawal | ($10.00) | TL1021 | | $309.38 |
| 10/20/2014 8:46:52 AM | Headphones | $18.00 | 793-C | | $319.38 |
| 10/17/2014 2:53:02 PM | TRUL Withdrawal | ($5.00) | TL1017 | | $301.38 |
| 10/17/2014 6:41:02 AM | Sales - Fingerprint | ($9.80) | 17 | | $306.38 |
| 10/17/2014 6:39:45 AM | Sales - Fingerprint | ($84.55) | 16 | | $316.18 |

1 2 3 4 5 6 7

Federal Correctional Institution

Texas 83021

## All Transactions

| Inmate Reg #: | 21477051 | Current Institution: | La Tuna FCI |
| Inmate Name: | JONES, JONATHAN | Housing Unit: | LA1-C-A |
| Report Date: | 08/14/2015 | Living Quarters: | C02-236I |
| Report Time: | 12:41:06 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/16/2014 3:14:15 PM | TRUL Withdrawal | ($5.00) | TL1016 | | $400.73 |
| 10/16/2014 1:38:48 PM | Pre-Release Transaction | $15.00 | TL102014 | | |
| 10/14/2014 3:35:40 PM | Payroll - IPP | $2.16 | PIPP1014 | | $405.73 |
| 10/11/2014 8:01:50 PM | Phone Withdrawal | ($9.00) | TFN1011 | | $403.57 |
| 10/10/2014 10:04:38 PM | TRUL Withdrawal | ($5.00) | TL1010 | | $412.57 |
| 10/10/2014 6:44:54 PM | Trugram | ($39.95) | TG1010 | | $417.57 |
| 10/10/2014 6:44:18 PM | TRUL Withdrawal | ($5.00) | TL1010 | | $457.52 |
| 10/9/2014 11:46:15 AM | Sales - Fingerprint | ($108.35) | 87 | | $462.52 |
| 10/8/2014 6:17:27 PM | TRUL Withdrawal | ($5.00) | TL1008 | | $570.87 |
| 10/5/2014 5:35:02 PM | Phone Withdrawal | ($7.00) | TFN1005 | | $575.87 |
| 10/3/2014 12:30:30 PM | Sales - Fingerprint | ($107.35) | 116 | | $582.87 |
| 10/1/2014 10:14:59 PM | Phone Withdrawal | ($7.00) | TFN1001 | | $690.22 |
| 10/1/2014 6:29:40 AM | Pre-Release Transaction | ($180.00) | TL102014 | | |
| 10/1/2014 6:29:12 AM | Trugram | ($104.95) | TG1001 | | $697.22 |

1 2 3 4 5 6 7

Jonathan Bir Jones #079 717-051
Federal Correctional Institution La Tuna
P.O. Box 3000
Anthony, N.M. 88021

SCREENED BY CSO

AUG 18 2015

⇔ 21477-051 ⇔
Court Us District
100 N Church ST
Room #2
LAS Cruces, NM 88001
United States

RECEIVED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 18 2015

MATTHEW J. DYKMAN
CLERK



